**Order filed December 10, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00864-CV
_____

## RICHARD MCMINIMY AS EXECUTOR OF THE ESTATE OF MICHAEL CALDWELL, Appellant

## V.

## TEXAS TEASE YACHT CHARTERS, INC., Appellee

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0077787-A**

# O R D E R

The notice of appeal in this case was filed October 25, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **January 6, 2020.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.